IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITRA HEATH | : |
| v. | : NO. 23-CV-2398  SWR |
| MARTIN O'MALLEY, Commissioner of Social Security | : |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 14th day of March, 2024, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

/s/ Scott W. Reid

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE